IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VEGA, et al., | CASE NO. CV F 11-1149 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS** |
| vs. | (Doc. 25.) |
| D C BROWN C & P, INC., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the March 19, 2013 pretrial conference and April 30, 2013 trial;
3. RETAINS jurisdiction, until October 15, 2012, to enforce the settlement's payment provision; and
4. DIRECTS the clerk to close this action, subject to reopening as appropriate to enforce the settlement.

IT IS SO ORDERED.

**Dated:** April 13, 2012                        /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1